

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00250-CV

## IN THE INTEREST OF
## W.R.C., H.J.C., AND A.J.C., CHILDREN

**From the 85th District Court
Brazos County, Texas
Trial Court No. 16-000454-CV-85**

## O R D E R

Appellant filed a notice of appeal from the trial court's order terminating his parental rights to W.R.C., H.J.C., and A.J.C. Upon review, the notice of appeal does not comply with Rule of Appellate Procedure 9.8(b), which requires that a minor be identified only by an alias "in all papers submitted to the court, including all appendix items submitted with a brief, petition, or motion" and that all documents be "redacted accordingly." TEX. R. APP. P. 9.8(b).

We use Rule 2 of the Texas Rules of Appellate Procedure to order that the notice of appeal and accompanying documents to be sealed. *See* TEX. R. APP. P. 2.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed October 25, 2017

